### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**RICHARD B. SHRECK**                                                                **PLAINTIFFS**

**v.**                             **Case No. 4:11cv00454 KGB**

**CEC ENTERTAINMENT, INC.**                                                          **DEFENDANT**

## ORDER

On the Court's own motion, this matter is removed from the trial docket for the week of September 9, 2013. A new trial date will be set and an Amended Final Scheduling Order will be issued by separate order, based on the parties' joint discovery plan report (Dkt. No. 30).

SO ORDERED this the 31st day of July, 2013.

_____
Kristine G. Baker
United States District Judge