**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **RICHARD B. SHRECK** | | **PLAINTIFFS** |
| v. | Case No. 4:11-cv-00454 KGB | |
| **CEC ENTERTAINMENT, INC.** | | **DEFENDANT** |

## ORDER

The parties have filed an agreed motion to dismiss with prejudice any and all claims by Richard B. Shreck against CEC Entertainment, Inc. (Dkt. No. 32). Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, these claims are dismissed with prejudice. Each party shall bear its own costs, attorney's fees, expert fees, and expenses.

SO ORDERED this 23rd day of August, 2013.

_____
Kristine G. Baker
United States District Judge